UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARLENE CLARKE, on behalf of herself and           21-CV-03762 (FB) (AYS)
all other persons similarly situated,

                    Plaintiff,                    **STIPULATION OF**
                                                  **DISMISSAL WITHOUT**
   -against-                                     **PREJUDICE**

SUNRISE SENIOR LIVING MANAGEMENT, INC.,

                    Defendant.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Marlene Clarke, and Defendant, Sunrise Senior Living Management, Inc., that the Complaint (ECF Document No. 1) in the above-captioned action shall be dismissed without prejudice and without costs or fees to any party against any other party pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: September 27, 2021

| Law Office of Peter A. Romero PLLC | Buchanan Ingersoll & Rooney PC |
| --- | --- |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: _____ | By: _____ |
| Peter A. Romero, Esq. | Ivan D. Smith, Esq. |
| David D. Barnhorn, Esq. | Amy Miller, Esq. |
| 490 Wheeler Road, Suite 250 | 640 Fifth Avenue, 9th Floor |
| Hauppauge, New York 11788 | New York, NY 10019 |
| (631) 257-5588 | (212) 440-4423 |

SO ORDERED:

/S/  Frederic Block 9-29-21
_____
U.S.D.J.